# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMERGING AUTOMOTIVE LLC, *Plaintiff*, v. TOYOTA MOTOR CORP., et al., *Defendants*. | Civil Action No.: 2:25-cv-00782-JRG (Lead Case) |
| EMERGING AUTOMOTIVE LLC, *Plaintiff*, v. KIA CORPORATION, ET AL., *Defendants*. | Civil Action No.: 2:25-cv-00799-JRG (Member Case) |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR SERVICE OF INFRINGEMENT AND INVALIDITY CONTENTIONS**

UPON CONSIDERATION of the Parties' Joint Motion, the Court finds that the Joint Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the time for the Plaintiff to comply with P.R. 3-1 and 3-2 be extended from November 10, 2025, to November 24, 2025, the time for the Defendants to comply with P.R. 3-3 and 3-4 be extended from January 5, 2026, to January 26, 2026.